IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00342-REB

UNITED STATES OF AMERICA,

    Petitioner,

        v.

ERIC DUNBAR, as Vice President of BILL & SCOTTS MACHINING INC.,

    Respondent.
_____

**FINAL ENFORCEMENT ORDER**
_____

The matter came before the Court on March 26, 2008, pursuant to the **Order To Show Cause** [#2] entered February 20, 2008, and for consideration of the **Petition To Enforce Internal Revenue Service Summons** [#1] filed February 19, 2008. The petitioner appeared by counsel of record. The respondent did not appear in person or by counsel. Having considered the United States' **Petition to Enforce Internal Revenue Service Summons** and the Declaration of Cathy Rojas, this Court finds as follows:

    1.    The Internal Revenue Service summons was issued to Respondent, Eric Dunbar, for a legitimate purpose - to obtain information concerning the determination and collection of the federal income tax liability of Bill & Scotts Machining Inc. for tax periods in the years ended December 31, 2004; December 31, 2005; and December 31, 2006.

    2.    The above-listed tax periods were specified in the Internal Revenue Service

summons served on the Respondent.

3. The testimony, records, and documents demanded by the Internal Revenue Service summons are not in the possession of the Internal Revenue Service.

4. The administrative steps required by the Internal Revenue Code for the issuance of the summons have been met.

5. As indicated in the Declaration of Service (Doc. 3), Respondent Eric Dunbar was served on March 12, 2008, with the Order to Show Cause issued by the Court on February 20, 2008.

6. As of this date, the Respondent has failed to comply with the IRS summons.

7. Respondent has failed to show sufficient cause as to why he should not be ordered to comply with the Internal Revenue Service summons.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Order To Show Cause** [#2] entered February 20, 2008, is made absolute;

2. That Eric Dunbar shall comply with and obey the Internal Revenue Service summons served upon him by appearing at the Internal Revenue Service office at 56 Inverness Drive East, MS 5239 SO, Englewood, CO 80112 (or other location to be agreed upon by the parties) before Revenue Officer Julie A.M. Connor, telephone number (720) 956-4329, at a time to be agreed upon by the parties, but not later than April 25, 2008, to give

testimony and to produce for examination and copying the records, documents, and other data demanded by the Internal Revenue Service summons; and

3. That on entry of this Order, this case shall be closed and Judgment shall be entered in favor of the Petitioner.

Dated March 26, 2008, at Denver, Colorado.

BY THE COURT:
s/ Robert E. Blackburn
ROBERT E. BLACKBURN
UNITED STATES DISTRICT JUDGE